# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRYSTAL GALDERISI,<br><br>    **Plaintiff,**<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company, et al.,<br><br>    **Defendant.** | § § § § § § § § § § §   Civil Action No.: 4:19-cv-59-SDJ-KPJ |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 4, 2020, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. 9) that Plaintiff and Defendant Conn Credit Corporation, Inc. ("CCCI") be referred to binding arbitration, as agreed to by the parties, and claims between Plaintiff and CCCI be stayed for ninety (90) days pending the outcome of the arbitration.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, Plaintiff and Defendant CCCI are referred to binding arbitration and claims between Plaintiff and CCCI are stayed for ninety (90) days pending the outcome of the arbitration.

The parties are required to submit a joint status report to the Court regarding the status of this matter by **June 2, 2020**, or upon completion of the agreed arbitration, whichever is sooner.

**So ORDERED and SIGNED this 20th day of March, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE